UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Megan Schneider, et al.
                              Plaintiff,

v.                                      Case No.: 1:13–cv–04887
                                              Honorable Manish S. Shah

Cornerstone Pints, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 6, 2015:

      MINUTE entry before the Honorable Manish S. Shah: Defendants' motion to strike [75] is taken under advisement, and will be addressed in the court's ruling on defendants' motion for summary judgment. No response from plaintiffs is permitted; the court will be able to determine if plaintiffs complied with Local Rule 56.1 by reviewing the submissions to date. The court notes that motions to strike are disfavored. Motion hearing previously set for 4/9/15 at 9:45 a.m. is hereby stricken and no appearance is necessary. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.